**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:16−bk−06081−ABB
Chapter 13

Luis Raul Parrilla Sr.

Virgen Dali Parrilla

_____Debtor(s)_____/    NOTICE OF CLAIM FILED BY DEBTOR

TO:

Internal Revenue Service
Centralized Insolvency Opera
PO Box 21126
Philadelphia, PA 19114−0326

   Notice is given pursuant to Fed. R. Bank. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on July 03, 2018, in the amount of $3,362.00.

Dated July 05, 2018.

Sheryl L. Loesch, Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
Internal Revenue Service
Centralized Insolvency Opera
PO Box 21126
Philadelphia, PA 19114−0326